IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

Austin-Andrew Goodman, The Living Man, Private Beneficiary

**Plaintiff**

v.

**Defendants:**
THOMAS JOSEPH GOODMAN;
CHRISTOPHER AARON MILLER;
GOVERNOR KIM REYNOLDS;
STATE OF IOWA;
IOWA DISTRICT COURT FOR DUBUQUE COUNTY;
DUBUQUE COUNTY;
CITY OF DUBUQUE;
SHERIFF OF DUBUQUE COUNTY;
CITY OF DUBUQUE POLICE DEPARTMENT;
MERCYONE;
IOWA DEPARTMENT OF HEALTH & HUMAN SERVICES;
MEDICAL ASSOCIATES;
DR. ADIB KASSAS, MD;
CATHERINE ANNE GOODMAN;
FLINT DRAKE;
DANIEL DLOUHY;
DAVID ALPORT;
SHELLI HAYES;
MARY BETH FLEMING;
NATALIA BLASKOVICH;
ROBERT RICHTER;
MICHAEL SHUBATT;
JOSHUA VANDERPLOEG
NANCY FISCHER;
DUBUQUE COUNTY ATTORNEYS' OFFICE;
UHCC, INC., d/b/a BRIDGE CITY COLLECTIVE;
CAPRA BANK;
JOHN DOES 1-10;
JANE DOES 1-10.

**RECEIVED**

DEC 06 2024

United States District Court
Northern District of Iowa

**Notice of Pro Se Representation**

I, Austin-Andrew Goodman, **_Under Duress,_** hereby provide notice to the Court and all parties involved in the matter of my Federal Civil Suit that I am proceeding as a pro se litigant. As such, I am representing myself without the assistance of legal counsel. The following disclaimer outlines the scope and limitations of my self-representation:

1. **Pro Se Status**: I am not a licensed attorney and do not possess formal legal training. My filings, arguments, and actions within this case are made in good faith based on my understanding of applicable laws, procedures, and facts.
2. **Adherence to Court Rules**: I acknowledge my obligation to comply with the Federal Rules of Civil Procedure, local court rules, and any orders issued by the Court. I understand that my pro se status does not exempt me from these requirements.
3. **Limitations of Representation**: As a self-represented party, I assume full responsibility for the preparation, filing, and presentation of all documents and arguments in this case. Any errors or omissions made during the course of this litigation are unintentional and should not be construed as disrespect or non-compliance.
4. **No Waiver of Rights**: My decision to proceed pro se should not be interpreted as a waiver of any rights or protections afforded to me under the Constitution, federal law, or applicable statutes. I reserve the right to seek legal representation at any point during the proceedings if I so choose.
5. **Respectful Conduct**: I am committed to maintaining respectful and professional conduct toward the Court, opposing counsel, and all parties involved in this case. Any perceived deficiencies in my filings or arguments are a reflection of my layperson status and not an intentional act of defiance or impropriety.
6. **Request for Fair Consideration**: I respectfully request that the Court consider my filings and arguments with an understanding of my pro se status, while applying the appropriate standards of review and legal interpretation.
7. **Disclaimer of Legal Advice**: Any statements or arguments made by me in the course of these proceedings are based solely on my personal interpretation of the law and facts. They should not be considered legal advice or relied upon by any other party.

By proceeding pro se, I acknowledge the challenges and responsibilities associated with self-representation and affirm my commitment to pursuing this case to the best of my abilities within the bounds of the law.

**Respectfully submitted,**

**Autograph:**
**UCC 1-308**
**WITHOUT PREJUDICE**

*Austin-Andrew: Goodman*

**Austin-Andrew: Goodman, The Living Man, Private Beneficiary**
**Date: December 4th, 2024**