IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

AUSTIN ANDREW GOODMAN,

           Plaintiff(s),

vs.

THOMAS JOSEPH GOODMAN, et al,

           Defendant(s).

CASE NO. 24-cv-1037-CJW-KEM

NOTICE OF DISMISSAL

_____

      This action will be dismissed pursuant to Local Rule 41(a)(1), a copy of which is attached unless appropriate action is taken no later than 4/8/2025.

      Dated: 3/25/2025

                        PAUL DE YOUNG, Clerk of Court
                        United States District Court
                        Northern District of Iowa

                        By: s/ KSY
                              Deputy Clerk