IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| AUSTIN ANDREW GOODMAN, | |
| Plaintiff(s), | CASE NO. 24-cv-1037-CJW-KEM |
| vs. | ORDER OF DISMISSAL |
| THOMAS JOSEPH GOODMAN, et al., | |
| Defendant(s). | |

No action was taken in this case within the time provided pursuant to the Notice

of Dismissal dated 3/25/2025 (See docket number #3).

Accordingly, **IT IS ORDERED**:

That the Plaintiff take nothing and this action is dismissed.

Dated: 4/9/2025

PAUL DE YOUNG, Clerk of Court
United States District Court
Northern District of Iowa

By: s/ ksy
Deputy Clerk